UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLE G. DEROUSEAU,

                    Plaintiff,

   -against-

JUDGE NILDA MORALES-HOROWITZ;
JUDGE ARLENE GORDON OLIVER,

                    Defendants.

24-cv-5976 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the July 29, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  August 1, 2025
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                      Chief United States District Judge